UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
GAINESVILLE DIVISION

ANNA CONNOLLY,
Plaintiff,

v. Case No.: 1:26cv184/AW/ZCB

HECTOR LASALLE, et al.,
Defendants.
_______________________________/

**REPORT AND RECOMMENDATION**

Plaintiff has filed a three-sentence "complaint" against Defendants for "a hostile working environment." (Doc. 1). Plaintiff's complaint is unquestionably frivolous. It clearly fails to state a claim upon which relief may be granted, and it appears to be duplicative of at least twenty other cases Plaintiff has filed in federal courts across the country.[1] It

[1] *See e.g., Connolly v. Lasalle, et al.*, No. 3:26cv304 (D. AK); *Connolly v. Lasalle, et al.*, No. 2:26cv657 (M.D. AL); *Connolly v. Lasalle, et al.*, No. 4:26cv847 (E.D. AR); *Connolly v. Lasalle, et al.*, 8:26cv2312 (D. CO); *Connolly v. Lasalle et al.*, 8:26cv2403 (M.D. FLA); *Connolly v. Lasalle, et al.*, No. 5:26cv361 (M.D. GA); *Connolly v. Lasalle, et al.*, No. 1:26cv4467 (N.D. GA); *Connolly v. Lasalle, et al.*, No. 1:26cv169 (S.D. GA); *Connolly v. Lasalle, et al.*, No. 3:26cv390 (N.D. IN); *Connolly v. Lasalle, et al.*, No. 1:26cv837 (M.D. NC); *Connolly v. Lasalle, et al.*, No. 3:26cv667 (W.D. NC).

does not warrant further discussion. Permitting amendment would be futile and a waste of judicial resources.

Accordingly, it is respectfully **RECOMMENDED** that Plaintiff's complaint be **DISMISSED with prejudice**[2] as frivolous and all pending motions be **DENIED as moot**. The Clerk of Court should be instructed to close the case.

At Pensacola, Florida, this 3rd day of September 2026.

/s/ *Zachary C. Bolitho*
Zachary C. Bolitho
United States Magistrate Judge

**Notice to the Parties**

Objections must be filed within fourteen days of the date of the Report and Recommendation. Any different deadline that may appear on the electronic docket is for the court's internal use only and does not control. An objecting party must serve a copy of the objections on all other parties. A party who fails to object to the magistrate judge's findings or recommendations contained in a report and recommendation waives the right to challenge on appeal the district court's order based on unobjected-to factual and legal conclusions. *See* 11th Cir. Rule 3-1; 28 U.S.C. § 636.

---

[2] A "district court has the inherent authority to dismiss a patently frivolous complaint." *Cuyler v. Aurora Loan Services*, No. 12-11824, 2012 WL 10488184, at *2 (11th Cir. Dec. 3, 2012).